UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20885-CR-SCOLA/O'SULLIVAN

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JAMES MATHURIN,

           Defendant.

_____/

## NOTICE

THIS CAUSE is before the Court *sua sponte*. On June 6, 2013, the undersigned received correspondence from the defendant. The defendant is represented by counsel. Local Rule 7.7 states in pertinent part:

> CORRESPONDENCE TO THE COURT
>
> Unless invited or directed by the presiding judge, attorneys and any party represented by an attorney shall not: (a) address or present to the Court in the form of a letter or the like any application requesting relief in any form, citing authorities, or presenting arguments; or (b) furnish the Court with copies of correspondence between or among counsel, or any party represented by an attorney, except when necessary as an exhibit when seeking relief from the Court.

S.D. Fla. L.R. 7.7. Attached is a copy of this correspondence. In the future, the parties shall refrain from submitting any correspondence to the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **6th** day of June, 2013.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard
All Counsel of Record

Copies mailed by chambers to:
James Mathurin Reg# 82367-004
Federal Detention Center
P.O. Box 019120
Miami, FL 33101

Dear Honorable O'Sullivan                                June 2, 2013

    This is the defendant James Mathurin under case No.: 12-20885-CR-Scola. I want to first start off by apologizing for writing you. I do not want this letter to be acknowledge as a persuading in determining your Report and Recommendation. The only thing that I want you to be made aware is that the Government violated my rights and also lied to you.

    The victim Moises Pierre is in fact in the United States, Miami, FL. To refresh the court recollection, the government advise you that Mr. Moises Pierre was in Haiti taken care of his sick grandmother. He could not be contacted for the area he is in is poor and there is no communication. My Private Investigator discovered/located Mr. Moises Pierre to his cousion house where he lives, and was advise that Moises Pierre has been back in Miami since Sunday, May 27, 2013. The government deliberately violated my 6th Amendment right. I have filed a complain to the district court on this matter. I also have advise my counsel to contact your chambers.

    Thank You.

                                               James Mathurin Reg# 82367-004
                                               Federal Detention Center
                                               P.O. Box 019120
                                               Miami, FL 33101

James Mathurn Reg# 82367-064
Federal Detention Center
P.O. Box 019120
Miami, FL 33101



REC'D by _____ D.C.
JUN 2013 PM 4:11
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - MIAMI

Honorable Judge
John J. O'Sullivan
301 N. Miami Ave, 5th Floor
Miami, FL 33128

Legal Mail